97-cr-60073-HO

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 4, 2008

Office of the Clerk
USDC District of Oregon
1000 S.W. Third Ave.
Portland, OR 97204

RECV'D '08 AUG 06 12:35 USDC-ORP

| | |
|---|---|
| Case Name: | US -v- Bruce Michael Young |
| Case Number: | 3-08-70498 |
| Charges: | 18:3583 |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Spero. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
()   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office

# U.S. District Court
# California Northern District (San Francisco)
# CRIMINAL DOCKET FOR CASE #: 3:08-mj-70498-JCS All Defendants
# Internal Use Only

Case title: USA v. Young
Other court case number: CR 97-60073 USDC District of Oregon

Date Filed: 08/01/2008
Date Terminated: 08/01/2008

Assigned to: Magistrate Judge Joseph C. Spero

**Defendant (1)**

**Bruce Michael Young**
*TERMINATED: 08/01/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3583 Violation of Supervised Release | |

*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST*
*RICHARD W WIEKING*
*Clerk, U.S. District Court*
*Northern District of California*
*By _____ Date 8/4/08*
*Deputy Clerk*

**Plaintiff**

USA     represented by **Nathanael M. Cousins**
United States Attorney
450 Golden Gate Avenue
Box 36055

11th Floor
San Francisco, CA 94102
415-436-7368
Fax: 415-436-7234
Email: nat.cousins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2008 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Bruce Michael Young (1). (vlk, COURT STAFF) (Filed on 8/1/2008) (Entered: 08/04/2008) |
| 08/01/2008 | 2 | Minute Entry for proceedings held before Judge Magistrate Judge Joseph C. Spero:Initial Appearance as to Bruce Michael Young held on 8/1/2008 (Tape #10:19-10:24 & 10:44-10:45.) (vlk, COURT STAFF) (Filed on 8/1/2008) (Entered: 08/04/2008) |
| 08/01/2008 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Bruce Michael Young. Defendant committed to District of District of Oregon. Signed by Judge Magistrate Judge Joseph C. Spero on 8/1/2008. (vlk, COURT STAFF) (Filed on 8/1/2008) (Entered: 08/04/2008) |

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2 | BRIAN J. STRETCH (CABN 163973)
3 | Chief, Criminal Division

4 | NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102
Telephone: (415) 436-7368
7 | Facsimile: (415) 436-7234
E-Mail: nat.cousins@usdoj.gov
8 |

9 | Attorneys for the United States

**ORIGINAL**

**FILED**

AUG X 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JCS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3  08  7049 |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) and (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| BRUCE MICHAEL YOUNG, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about July 31, 2008, defendant BRUCE MICHAEL YOUNG was arrested based upon an arrest warrant (copy attached as Ex. 1) issued upon a violation of supervised release order pending in the District of Oregon, case number CR 97-60073-1, assigned to United States District Court Michael Hogan.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST
Clerk, RICHARD W WIEKING
Northern District of California
By _____
Date _____ Deputy Clerk

NOTICE OF PROCEEDINGS

1 | DATED: August 1, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

NATHANAEL M. COUSINS
Assistant United States Attorney

NOTICE OF PROCEEDINGS

2

PROB 19
(Rev 5/92)

# UNITED STATES DISTRICT COURT

for

## District of Oregon

0565-0208-0463-D

U.S.A. vs **BRUCE MICHAEL YOUNG**  Docket No. CR 97-60073-1-HO

TO:[1]   Any U.S. Marshal or any other authorized officer

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF PROBATIONER/SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Bruce Michael Young | **MALE** | **WHITE** | 49 |

ADDRESS (STREET, CITY, STATE)
Unknown

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Eugene, Oregon | April 15, 2003 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Eugene, Oregon

| DONALD M. CINNAMOND | [signature] | 2/7/05 |
|---|---|---|
| CLERK | (BY DEPUTY CLERK) | DATE |

### RETURN

| Warrant received and executed. | Date Received | Date Executed |
|---|---|---|
|  | 02/08/2005 | 07/31/2008 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS / San Francisco, CA

| NAME | (BY) For | DATE |
|---|---|---|
| Mark Baer | DUSM Bret Lennon | 7/31/2008 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for_____ District of_____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Et. 1

PROB 12-OR  
(12-06-04)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION FOR WARRANT  
AND  
ORDER TO SHOW CAUSE

U.S.A. vs. BRUCE MICHAEL YOUNG

Docket No. CR 97-60073-1

### Petition on Probation and Supervised Release

COMES NOW MARK J. WALKER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bruce Michael Young, who was placed on supervision by The Honorable Michael R. Hogan sitting in the court at Eugene, Oregon, on the fifteenth day of April, 2003, who fixed the period of supervision at five years,* and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: NO SPECIAL CONDITIONS ORDERED.

*Term of supervised release commenced on May 20, 2004.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Standard Condition #7** - **Failure to submit and truthful and complete written report.** Mr. Young has failed to submit monthly reports for the months November and December of 2004, and January of 2005.

**Violation of Standard Condition #11** - **Failure to notify the probation officer within 72 hours of any change in residence or employment.** Mr. Young was residing at the East University Quad Apartment complex at 738 East Sixteenth Street. He was also employed at that facility as a part time maintenance man. On January 18, 2005, the manager of the apartment complex advised that Mr. Young had failed to pay his rent, had failed to show up for work, and attempts to locate him were unsuccessful. The apartment manager reported that Mr. Young essentially abandoned his apartment, leaving no forwarding address or phone numbers. Attempts by the probation office to contact Mr. Young have been unsuccessful and his whereabouts are unknown.

RECOMMENDED ACTION: Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why Bruce Young's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2005.

Respectfully,

Mark J. Walker  
Senior U.S. Probation Officer  
Eugene, Oregon

Assistant U.S. Attorney

**ORDER OF THE COURT**

Considered and ordered this ___ day of February, 2005, and ordered filed and made a part of the records in the above case.

The Honorable Michael R. Hogan  
U.S. District Judge

Certified to be a true and correct copy of original filed in my office  
Dated 2-7-05  
By _____ Deputy

Page 1 of 1

# MEMORANDUM

| | |
|---|---|
| **DATE:** | February 3, 2005 |
| **TO:** | Dennis C. Merrill<br>United States Marshal |
| **FROM:** | Mark J. Walker<br>Senior U.S. Probation Officer |
| **SUBJECT:** | **Warrant of Arrest/Petition and Order to Show Cause**<br>**RE:** **YOUNG, Bruce Michael**<br>**DOB:** **August 29, 1955**<br>**FBI:** **757004CA1**<br>**DKT:** **CR 97-60073-1-HO** |

Attached is a Warrant of Arrest issued in the above case. Also attached is the copy of Petition and Order to Show Cause, which the Court directs be given to the named violator in person at the time the Warrant is executed.

## DATA AS TO VIOLATOR:

[ ] Violator is in custody at

[ ] Please place this Warrant as a detainer and notify us promptly when custody is assumed.

[X] The Probation Office file is available to your staff to assist you in the apprehension of this individual.

## I HAVE GIVEN A COPY OF THE PETITION AND ORDER TO SHOW CAUSE TO VIOLATOR.

_____ at _____
Name

_____     _____
Date                                                                U.S. Marshal/Deputy

**NOTE: This service notice is to be returned to the originating U.S. Probation Office after its execution.**

USM Cover Memo - ORPF 014 (09-07-03)

rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 6 M | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | | REPORTER/FTR<br>FTR 10:19-10:24 & 10:44 - 10:45 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>August 1, 2008 | | | NEW CASE<br>☒ | CASE NUMBER<br>3-08-70498 JCS |

**APPEARANCES**

| DEFENDANT<br>Bruce Michael Young | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Daniel Blank, spec. apr. | | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Nat Cousins | INTERPRETER | | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR<br>Rule 5-Dist OR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED AUG X 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ARRAIGNMENT**

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF Oregon

**PLEA**

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Dft admitted to being the person as charged in the Dist. of OR. Dft waived his right to an Identity Hearing and Det. Hearing.

KLH, JCS

DOCUMENT NUMBER:

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|:---:|:---:|
| V. | DISTRICT |
| BRUCE MICHAEL YOUNG | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|:---:|:---:|:---:|:---:|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | District of OR | 3-008-70498 JCS | CR97-60073-1 HO |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Supervised Release Violation

charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE**
District of OR (Eugene)

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

FILED
AUG 01 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)  Dft admitted to being the person as charged and waived his Identity and Detention Hearing.
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | X No | ☐ Yes | Language: | |

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| August 1, 2008 | |
|:---:|:---:|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |