FILED '08 OCT 31 12:08 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

           **Plaintiff,**

      **v.**                             CR 97-60073-01-HO

BRUCE MICHAEL YOUNG

           **Defendant.**

## ORDER REVOKING SUPERVISED RELEASE TERM IMPOSING SENTENCE, AND REIMPOSING SUPERVISED RELEASE TERM

On April 15, 2003, defendant appeared before The Honorable Michael R. Hogan, sitting in the court at Eugene, Oregon who fixed the period of supervised release at five years, subject to standard and special terms and conditions. The term of supervised release commenced on May 20, 2004.

On October 22, 2008 this court issued an amended petition for warrant and order to show cause why the term of supervised release previously granted should not be revoked based

**ORDER ON REVOCATION OF SUPERVISED RELEASE**

on the probation officer's allegation that defendant violated the conditions of release.

On October 28, 2008 defendant appeared before The Honorable Michael R. Hogan and the defendant admitted violation of conditions of supervised release by failure to submit a truthful and complete written report, failure to notify the probation officer within 72 hours of any change in residence or employment, and new law violation by Providing False Information to a Police Officer and Possession of a Controlled Substance as alleged by the probation officer.

IT APPEARS TO THE COURT that the defendant is no longer suitable for community supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of 12 months and one (1) day. Upon release from imprisonment, defendant is subject to the reimposition of a supervised release term, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release of 48 months, subject to the standard and special conditions previously imposed. All other aspects of the original order shall remain in full force and effect.

IT IS FURTHER ORDERED that the clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer, and the copy serve as the commitment of the defendant.

Dated: October 31, 2008.

MICHAEL R. HOGAN
United States District Judge

cc: Probation Office
Counsel of Record

**ORDER ON REVOCATION OF SUPERVISED RELEASE**